**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
DEMARK DIXON,

            Petitioner,

    -against-

UNITED STATES OF AMERICA,

            Respondent.

------------------------------------------------------------X

24 **CIVIL 4312** (LAP)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated July 15, 2024, The Court denies the petition for a writ of error

*coram nobis*. The Court also denies Petitioner's application for the court to request *pro bono*

counsel as moot. (ECF 4.) The Court further denies Petitioner's application to proceed *in forma*

*pauperis* as unnecessary. (ECF 3.) Because the petition makes no substantial showing of a denial

of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The

Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken

in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v.*

*United States,* 369 U.S. 438, 444-45 (1962).

**Dated:**  New York, New York

      July 16, 2024

                                **DANIEL ORTIZ**

                                   **Acting Clerk of Court**

             **BY:**

                                   **Deputy Clerk**