UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEMARK DIXON,

                    Petitioner,

    -against-

UNITED STATES OF AMERICA,

                    Respondent.

No. 24 CV 4312 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In filing his petition for a writ of error coram nobis, Mr. Dixon paid a filing fee of $405.00.  Because a fee is not required for this type of petition, the Clerk of the Court is directed to refund to Mr. Dixon the fee amount of $405.00.

    The Clerk of the Court shall also mark as moot and close docket entries 3 and 4.

**SO ORDERED.**

Dated:    July 16, 2024
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge