Derick Mayers
NOV 13 2024
Civil Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Demark Dixon

    Vs    Plaintiff                                   24-Cv-4312(LAP)

United States Attorney's Office

        Respondent

_____

Judge: Lorreta A Preska

## MOTION FOR COURT TO GRANT
## RECONSIDERATION MOTION

On February 27th 2024, plaintiff filed a **CIVILIAN COMPLAINT** against the U.S.Attorney Office, for the SDNY, that was never answered by their office. A copy was filed with the Court for safe keeping, that was somehow construed on February 27th 2024, and docketed under **#24-Cv-1519**.

On March 4th 2024, the Court issued a Order directing plaintiff to make a payment of fees or IFP on Dkt.#.**24-Cv-1519**. On March 18th 2024 plaintiff filed a motion to **withdraw** the construed papers. The Court **granted** the request. See March 21st 2024 under Dkt.#.**24-Cv-1519**.

On May 30th 2024, plaintiff filed a **WRIT OF ERROR CORAM NOBIS** under Dkt.#.**24-Cv-1519**, that was filed under the docket above **24-Cv-4312(LAP)**. This writ was denied on July 15th 2024, under Dkt.# **24-Cv-4312(LAP)**.

On July 30th 2024, plaintiff filed a **MOTION FOR RECONSIDERATION** over (90-Ninty) days ago under Dkt.#.**24-Cv-4312(LAP)**. The U.S.Attorney Office, did not need the Court to issue a **Show cause order,** directing them to respond. Plaintiff hand served the U.S.Attorney Office with copies of all the documents that was filed in this Court. For **(8 eight),** or more as of the today, the U.S.Attorney office never responded to any of plaintiff **accusations,** concerning my Constitutional rights was violated, stemming from their misconduct.

*The motion for reconsideration is denied. (Dkt. no. 11).*

(1)        SO ORDERED

*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

12/12/24

## CONCLUSION

Plaintiff is asking this Court **"PLEASE"**, in the interest of justice, and all fairness **GRANT** plaintiff filed pending **MOTION FOR RECONSIDERATION.**

## CERTIFICATE OF SERVICE

I DeMark Dixon, declare under the penalty of perjury that a copy of this document was hand delivered to the U.S. Attorney Office in the SDNY on: 11/13/24 , by this plaintiff.

Date 11/12/24

Respectfully Submitted

*[signature]*