UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>-against-<br><br>DEMARK DIXON,<br><br>                          Defendants. | 97-CR-498 (LAP)<br>24-CV-4312 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Defendant's motion under Federal Rule of Civil Procedure 60(b)(2), (dkt. no. 204). The Government shall respond by April 30, 2025. To the extent that Defendant wishes to reply, he shall do so no later than May 21, 2025.

**SO ORDERED.**

Dated:      New York, New York
            April 9, 2025

_____
LORETTA A. PRESKA
Senior United States District Judge