

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 29, 2025

**By ECF**
The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Demont Dixon*, 97 Cr. 498 (LAP)
             *Demont Dixon v. United States*, 24 Civ. 4312 (LAP)

Dear Judge Preska:

      The Government respectfully requests an extension of time to respond to defendant Demont Dixon's motion pursuant to Federal Rule of Civil Procedure 60(b)(2) (the "Rule 60 Motion") (Dkt. 204) and motion to unseal certain docket entries (the "Unsealing Motion") (Dkt. 203).[1]

      On April 9, 2025, the Court set a deadline of April 30, 2025 for the Government to respond to the Rule 60 Motion (Dkt. 205), and on April 21, 2025, the Court set a deadline of May 5, 2025 for the Government to respond to the Unsealing Motion (Dkt. 206). The Assistant United States Attorney who had previously worked on this defendant's case has left the United States Attorney's Office, and the undersigned counsel for the Government was recently assigned to this matter. Accordingly, the Government requests additional time to obtain and review records, to consider the Government's position on the motions, and to draft its response. The Government respectfully requests leave to file its response to both motions on or before May 20, 2025 (*i.e.*, three weeks from today).

      Respectfully submitted,

      JAY CLAYTON
      United States Attorney

by: _____
    Lauren E. Phillips
    Assistant United States Attorney
    (212) 637-2231

cc:    Demont Dixon (by certified mail)

---

[1] All docket entries are to 97 Cr. 498 (LAP).

```
The request is granted.  The Government
shall respond to both motion on or
before May 20, 2025.  SO ORDERED.
```

_____
Loretta A. Preska
United States District Judge

April 30, 2025
New York, New York